UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

MARTIN RODRIGUEZ,

        Petitioner,

        v.

M. E. SPEARMAN, WARDEN,

        Respondent.

Case No. EDCV 14-1113 JVS (AJW)

ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de_ _novo_ determination of the portions to which objections were directed.

DATED: January 9, 2015

_____
James V. Selna
United States District Judge