UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| MARTIN RODRIGUEZ, | ) | CASE NO. EDCV 14-1113-JVS(AJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| M.E. SPEARMAN, Warden, | ) ) | |
| Respondent. | ) ) | |

It is hereby adjudged that petitioner's ex post facto challenge to Marsy's Law is dismissed without prejudice and the remainder of the petition is denied with prejudice.

Dated: January 9, 2015

_____
James V. Selna
United States District Judge